## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CATHERINE C. O'CONNELL and EMILIA S. FERREIRA, individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

STERLING JEWELERS INC., D/B/A JARED THE GALLERIA OF JEWELRY AND OTHER NAMES,

       Defendant.

**Civil Action No.  1:13-cv-13165-DPW**

**[REQUEST FOR ORAL ARGUMENT]**

## STERLING JEWELERS INC., D/B/A JARED THE GALLERIA OF JEWELRY'S MOTION TO DISMISS THIRD AMENDED COMPLAINT OR TO STRIKE CLASS-ACTION ALLEGATIONS

Pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(6), and 23, defendant Sterling Jewelers Inc., d/b/a Jared The Galleria of Jewelry ("**Jared**") respectfully requests this Court to (1) dismiss plaintiff Catherine O'Connell and Emilia S. Ferreira's ("**Plaintiffs**") Third Amended Class Action Complaint ("**TAC**") [D.E. 41] or (2) if any claims survive, strike Plaintiffs' class-action allegations.  In support of this Motion, Jared states that Plaintiffs have not adequately pleaded any plausible claim for relief against Jared.  Additionally, even if Plaintiffs have finally asserted a plausible injury, Plaintiffs have affirmatively pleaded their way out of satisfying Rule 23(a)'s commonality and Rule 23(b)(3)'s predominance and superiority requirements.  In further support of this Motion, Jared relies on its Memorandum in Support, which is filed herewith and incorporated herein by reference in its entirety.

WHEREFORE, defendant Sterling Jewelers Inc., d/b/a Jared The Galleria of Jewelry respectfully requests that the Court dismiss all counts contained in the Plaintiffs' Third Amended Complaint or, if any such counts survive, strike Plaintiffs' class-action allegations.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), defendant believes that an oral argument will assist the Court and hereby requests an oral argument on this Motion.

Dated:  July 18, 2014

Respectfully Submitted,

STERLING JEWELERS INC. D/B/A JARED
THE GALLERIA OF JEWELRY
By its attorneys,

/s/ David G. Thomas
David G. Thomas, BBO # 640854
James P. Ponsetto, BBO # 556144
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
thomasda@gtlaw.com
ponsettoj@gtlaw.com

## LOC.R. 7.1(a)(2) CERTIFICATE

The undersigned hereby certifies that he has conferred with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues in this motion.  We were unable to resolve or narrow the issues in this motion.

/s/ David G. Thomas
David G. Thomas

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on July 18, 2014.

/s/ David G. Thomas
David G. Thomas